**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

## THE STATE OF SOUTH CAROLINA
### In The Court of Appeals

The State, Respondent,

v.

Randal William Benton, Appellant.

Appellate Case No. 2012-208508

───────────────

Appeal From Dorchester County
Stephanie P. McDonald, Circuit Court Judge

───────────────

Unpublished Opinion No. 2013-UP-400
Submitted September 1, 2013 – Filed October 30, 2013

───────────────

### APPEAL DISMISSED

───────────────

Appellate Defenders Breen Richard Stevens and Benjamin John Tripp, both of Columbia, for Appellant.

Attorney General Alan McCrory Wilson and Senior Assistant Deputy Attorney General Donald J. Zelenka, both of Columbia, for Respondent.

───────────────

**PER CURIAM:** Dismissed after review pursuant to *Anders v. California*, 386 U.S. 738 (1967). Counsel's motion to be relieved is granted.[1]

**APPEAL DISMISSED.**

**FEW, C.J., and PIEPER and KONDUROS, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.